THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE 
 CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 
 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Jeffrey Brian Stingley,       
Appellant.
 
 
 

Appeal From Richland County
Kenneth G. Goode, Circuit Court Judge

Unpublished Opinion No. 2004-UP-205
Submitted January 29, 2004  Filed March 24, 2004 

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Aileen P. Clare, Office of Appellate 
 Defense, of Columbia, for Appellant.
Deputy Director for Legal Services Teresa A. Knox, Legal 
 Counsel Tommy Evans, Jr., and Legal Counsel J. Benjamin Aplin, S.C. Dept. of 
 Probation, all of Columbia, for Respondent.
 
 
 

PER CURIAM: Jeffrey Brian Stingley pled 
 guilty to second-degree burglary, non-violent.  He was sentenced to ten years 
 in prison, suspended on service of seven years confinement and two years probation.  
 On February 11, 2003, the State issued a warrant for Stingleys arrest, alleging 
 violations of the terms of his probation.  During a probation hearing in March 
 2003, Stingleys probation was revoked and two years of his suspended sentence 
 were imposed.  Stingley appeals, arguing the evidence was not sufficient to 
 establish that he violated his probation and did not justify revoking his probation.  
 On appeal, counsel for Stingley has filed a brief pursuant to Anders v. California, 
 386 U.S. 738 (1967), asserting that there were no meritorious grounds for appeal 
 and requesting permission to withdraw from further representation.  Stingley 
 has not filed a pro se response.  
After a thorough review of the record pursuant 
 to Anders and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 
 (1991), we dismiss the appeal and grant counsels petition to be relieved.
 APPEAL DISMISSED. [1] 
 
GOOLSBY, HOWARD, and KITTREDGE, JJ., concur. 

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.